## IN RE KENNETH B.*
### (AC 20698)
### (AC 20714)

Schaller, Pellegrino and O'Connell, Js.

Argued November 28—officially released December 26, 2000

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* RONNIE JONES
### (AC 17713)

Landau, Spear and Mihalakos, Js.

Argued November 27—officially released December 26, 2000

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* EARL WHITFIELD
### (AC 20320)

Landau, Spear and Daly, Js.

Argued November 29—officially released December 26, 2000

Per Curiam. The judgment is affirmed.

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.